IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM S. MEYERS, individually and on behalf of the marital community comprising WILLIAM S. MEYERS and BONNIE A. MEYERS,<br><br>Plaintiffs,<br><br>vs.<br><br>PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, a foreign insurance company,<br><br>Defendant. | No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>(King County Superior Court Cause No. 12-2-27153-4) |

TO: Judges and Clerk of the United States District Court in and for the Western District of Washington;

AND TO: Plaintiffs and their counsel.

Defendant in the above-captioned case, Property & Casualty Insurance Company of Hartford ("Hartford") hereby removes this action to this Court from the Superior Court of Washington, for King County, pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1446. Defendant Hartford further states as follows:

NOTICE OF REMOVAL OF CIVIL ACTION – PAGE 1

687681 / 450.0055

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1. **State Court Action:** Hartford is the defendant in a civil action filed in the Superior Court of Washington for King County, entitled *Meyers v. Property & Casualty Ins. Co. of Hartford*, King County Cause No. 12-2-27153-4.

2. The state court action was commenced (though not perfected) on or about August 14, 2012, when plaintiffs' Summons and Complaint were filed with the Clerk of the Superior Court of the State of Washington, in King County. Service was initiated on Hartford when the Summons and Complaint were served on the Washington State Insurance Commissioner on or about August 16, 2012.

3. **Record in State Court:** See accompanying Verification Re: Filing of State Court Proceeding.

4. The above-entitled action is a civil action seeking declaratory relief and damages for violation of the Washington Insurance Fair Conduct Act, violation of the Washington Consumer Protection Act, and negligence.

5. Plaintiffs are residents of the State of Washington.

6. Hartford is a corporation organized under the laws of the State of Indiana and domiciled in Indianapolis, Indiana.

7. The amount in controversy in the above-entitled action, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000).

8. This Notice of Removal was filed within 30 days after service of the Summons and Complaint upon Hartford.

9. This Court has original jurisdiction over the above-entitled action pursuant to 28 U.S.C.A. § 1332, based upon diversity of citizenship and amount in controversy. This action may therefore be removed to this Court pursuant to 28 U.S.C.A. § 1441(8).

NOTICE OF REMOVAL OF CIVIL ACTION – PAGE 2

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

687681 / 450.0055

10. **Concurrent Notice to State Court:** Hartford is concurrently filing a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Washington for King County, in accordance with 28 U.S.C.A. § 1446(d).

WHEREFORE, Property & Casualty Insurance Company of Hartford respectfully requests that this cause be removed to the United States District Court for the Western District of Washington.

DATED this _21st_ day of August, 2012.

FORSBERG & UMLAUF, P.S.

By:_____
John P. Hayes, WSBA #21009
Matthew S. Adams, WSBA #18820
Attorneys for Property & Casualty Company
of Hartford

NOTICE OF REMOVAL OF CIVIL ACTION – PAGE 3

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

687681 / 450.0055

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing **NOTICE OF REMOVAL OF CIVIL ACTION** on the following individuals in the manner indicated:

Robert A. Meyers
Wright A. Noel
Carson & Noel, PLLC
20 Sixth Ave. NE
Issaquah, WA  98027-3428
(X) Via ECF

**SIGNED** this 5th day of September, 2012, at Seattle, Washington.

_____
Veronica M. Waters

NOTICE OF REMOVAL OF CIVIL ACTION – PAGE 4

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

687681 / 450.0055